THOMAS W. LENTON, by Guardian, etc., Respondent, *v.* C. GODFREY GUNTHER, Appellant.

(Argued February 11, 1876; decided February 15, 1876.)

REPORTED below, 1 Hun, 310.

*Charles Winfield* for the appellant.

*D. P. Barnard* for the respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.

---

GEORGE T. PERKINS et al., Respondents, *v.* ALFRED S. HATCH, Appellant.

(Argued Febuary 7, 1876; decided February 15, 1876.)

REPORTED below, 4 Hun, 137.

*S. E. Chittenden* for the appellant.

*J. A. Shoudy* for the respondents.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.